Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR06-272TSZ |
| Plaintiff, ) | |
| ) | ORDER CONTINUING TRIAL |
| v. ) | DATE |
| ) | |
| ROOPRANIE JOKHU ) | |
| ) | |
| Defendant. ) | |

Upon consideration of the parties' Stipulated Oral Motion for Continuance of Trial Date made at the Status Hearing on September 29, 2006, and the defendant's agreement to a continuance until November 13, 2006, and the Waiver of Speedy Trial to be filed by the defendant,

**THIS COURT FINDS** that pursuant to Title 18, United States Code, § 3161 (h)(8)(A) and §3161 (h)(8)(B)(i) and (iv), the ends of justice served by continuing the trial date

Dixon & Cannon, Ltd.
216 First Ave. South
Suite 202
Seattle, WA 98104
206 957-2247
206 957-2250 (fax)

Certificate of Service - 1

from October 16, 2006, until November 13, 2006, outweigh the best interests of the public and the defendant in a speedy trial, in that, as set forth in the parties' Stipulation, it has been demonstrated that,

1) Additional time is needed for the government to complete the chemical analysis of the drug evidence seized in this case and for the parties to have the opportunity to evaluate and assess the results of that analysis;

2) Defense counsel is contemplating obtaining an expert witness to testify at trial regarding the effects that domestic abuse has on a victim's behavior;

3) Defense counsel needs additional time for further investigation and preparation in order to effectively prepare for trial, and failure to grant the motion to continue would deprive the defense of the opportunity to adequately prepare for trial despite the exercise of due diligence; and

4) Defense counsel's representation that a small delay occurred because the defendant was unable to secure financial payment for representation and, as a result, defense counsel proceeded through the process of requesting court appointment on this case.

**THE COURT THEREFORE ORDERS THAT**:

1) The motion to continue the trial date is granted.

2) The trial shall be continued from October 16, 2006 to November 13, 2006.

Dixon & Cannon, Ltd.
216 First Ave. South
Suite 202
Seattle, WA 98104
206 957-2247
206 957-2250 (fax)

Certificate of Service - 2

**THE COURT FURTHER ORDERS THAT**: for the purposes of computing the time limitations imposed by the Speedy trial Act, 18 U.S.C. §3161-3174, the period of delay from October 16, 2006 up to and including November 13, 2006 is excludable time pursuant to 18 U.S.C. §3161 (h)(8)(A) and (h)(8)(B)(iv).

DATED this 4th day of September, 2006.

s/ Thomas S. Zilly
_____
Thomas S. Zilly
United States District Court Judge

Presented by:

____/s/____ Jennifer Cannon-Unione____
Jennifer Cannon-Unione, WSBA # 27008
Counsel for Roopranie Jokhu

____/s/___ Susan B. Dohrmann_____
Susan B. Dohrmann, WSBA # 13475
Assistant United States Attorney

Dixon & Cannon, Ltd.
216 First Ave. South
Suite 202
Seattle, WA 98104
206 957-2247
206 957-2250 (fax)