Judge Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. CR06-272 TSZ |
| v. | ) | |
| | ) | |
| ROOPRANIE JOKHU, | ) | ORDER CONTINUING TRIAL |
| | ) | |
| Defendant. | ) | |

On November 9, 2006, a Status Hearing was held in the above-captioned case following the appointment of new counsel, Timothy McGarry, to represent the defendant for the purpose of setting a trial date. Based on the facts and circumstances of this case, including a waiver of Speedy Trial to be filed by the defendant,

THE COURT NOW FINDS that pursuant to Title 18, United States Code, Sections (h)(8)(A), 3161(h)(8)(B)(i) and (iv), the ends of justice served by continuing the trial date to January 8, 2007, outweigh the best interests of the public and the defendant in a speedy trial, in that, it has been demonstrated that (1) new counsel has just been appointed following the Court's granting of prior counsel's Motion to Withdraw; (2) additional time is necessary for new counsel to review and analyze discovery materials and to meet with his client in order to effectively prepare for trial and prepare the presentation of a defense; and (3) Defendant does not oppose the continuance and will file a waiver of Speedy Trial up to and including January 8, 2007.

IT IS THEREFORE ORDERED THAT trial in this matter is continued until January 8, 2007.

ORDER CONTINUING TRIAL/JOKHU - 1
CR06-272 TSZ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS FURTHER ORDERED THAT, for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, the period of delay from November 13, 2006, up to and including January 8, 2007, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

IT IS FURTHER ORDERED THAT the defendant shall file a Waiver of Speedy Trial within one week from the date of this Order.

IT IS FURTHER ORDERED THAT defendant shall file pretrial motions no later than December 15, 2006, and the government's response shall be due one week thereafter.

DATED this 15th day of November, 2006.

Thomas S. Zilly
United States District Judge

Presented by:

s/Susan B. Dohrmann
SUSAN B. DOHRMANN
Assistant United States Attorney
Washington State Bar Nos. 13475
United States Attorney's Office
700 Steward Street, Suite 5220
Seattle, WA 98101
Telephone: 206.553.7970
fax: 206.553.0755
E-mail: susan.dohrmann@usdoj.gov

s/Timothy S. McGarry
TIMOTHY S. McGARRY
Attorney for Defendant Jokhu
Washington State Bar No. 8486
*telephonic approval November 13, 2006*

ORDER CONTINUING TRIAL/JOKHU - 2
CR06-272 TSZ